THEOPHILUS S. HILL, sued as ADOLPHUS HILL, d. b., a., *vs.*
SAMUEL ABLEMAN, p. b., r.

Sussex County, April Term, 1895.

**Justice of the Peace.**—The transcript of the record filed for the purpose of an
appeal must be under the hand and *seal* of the Justice.

This was an appeal from a Justice of the Peace. The summons was issued to April Term, 1895, and an appearance was duly entered.

*Cullen*, for the respondent, moved that the appeal be dismissed upon the ground that the transcript of the record of the Justice had not his seal affixed thereto; 2 Harring. 160; 4 *id.* 47, 415; 5 *id.* 14; 1 Houst. 364.

The appeal was dismissed.